## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00007** |
| **VS.** | : | **JUDGE WALTER** |
| **CHARLES K. SMITH** | : | **MAGISTRATE JUDGE KAY** |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #20], and in the transcript previously filed herein, [Doc. #21] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #12], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **CHARLES K. SMITH** on January 11, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this 18 day of January, 2018.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**